On petitioner's petition for reconsideration filed July 10, petition for reconsideration allowed; opinion (107 Or App 565, 813 P2d 1065) withdrawn; reversed and remanded for reconsideration of attorney fees September 4, 1991

In the Matter of the Compensation of
Dorothy J. Hayes, Claimant.

Dorothy J. HAYES,
*Petitioner,*

*v.*

COOS CURRY MANPOWER,
SAIF Corporation
and Safeway Stores, Inc.,
*Respondents.*

(WCB 88-06310, 88-08392; CA A65602)

815 P2d 720

Eveleen Henry and Rasmussen & Henry, Eugene, for petition.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Petition for reconsideration allowed; opinion withdrawn; reversed and remanded for reconsideration of attorney fees. *Jones v. OSCI,* 108 Or App 230, 814 P2d 558 (1991).